IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KHAMMAY KEOMANIVONG,

    Petitioner,                    No. CIV S-07-2409 FCD EFB P

    vs.

ROBERT A. HOREL, Warden, et al.,

    Respondents.                ORDER

_____/

    Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. He has requested that the court appoint counsel. There currently exists no absolute right to appointment of counsel in habeas proceedings. *See Nevius v. Sumner*, 105 F.3d 453, 460 (9th Cir. 1996). The court may appointment counsel at any stage of the proceedings "if the interests of justice so require." *See* 18 U.S.C. § 3006A; *see also*, Rule 8(c), Rules Governing Section 2254 Cases. The court does not find that the interests of justice would be served by the appointment of counsel at this stage of the proceedings.

    Respondent has filed a motion to dismiss. Petitioner has not filed a response but has asked the court for assistance and the status of his request for counsel. A responding party's failure "to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion and may result in the imposition of sanctions."

1  L. R. 78-230(m).  Failure to comply with any order or with the Local Rules "may be grounds for
2  imposition of any and all sanctions authorized by statute or Rule or within the inherent power of
3  the Court."  L. R. 11-110.  The court may recommend this action be dismissed with or without
4  prejudice, as appropriate, if plaintiff disobeys an order or the Local Rules.  *See Ferdik v.*
5  *Bonzelet*, 963 F.2d 1258, 1252 (9th Cir. 1992) (district court did not abuse discretion in
6  dismissing *pro se* plaintiff's complaint for failing to obey an order to re-file an amended
7  complaint to comply with Federal Rules of Civil Procedure); *Carey v. King*, 856 F.2d 1439,
8  1440-41 (9th Cir. 1988) (dismissal for *pro se* plaintiff's failure to comply with local rule
9  regarding notice of change of address affirmed).

10         Accordingly, IT IS HEREBY ORDERED that:

11         1.  Petitioner's April 18, 2008, request for appointment of counsel is denied without
12  prejudice; and

13         2.  Within 30 days of the date of this order, petitioner shall file either an opposition to the
14  motion to dismiss or a statement of no opposition.  Failure to comply with this order will result
15  in a recommendation that this action be dismissed without prejudice.

16  DATED:  June 13, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE