IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KHAMMAY KEOMANIVONG,

      Petitioner,                    No. CIV S-07-2409 FCD EFB P

   vs.

ROBERT A. HOREL, Warden,

      Respondent.              <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On March 9, 2009, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Neither party has filed objections to the findings and recommendations. On March 26, 2009, however, petitioner filed a motion for an extension of time up to and including May 9, 2009, in which to file his motion for stay. Petitioner's motion is granted.

////

////

1

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed March 9, 2009, are adopted in full;
2. Respondent's motion to dismiss is granted;
3. Petitioner's March 26, 2009, motion for extension of time is granted; and,
4. Petitioner is granted until May 9, 2009, to file an amended petition including exhausted claims only or to request a stay, explaining why this court should stay this action and hold it in abeyance by making the "good cause" showing required by the United States Supreme Court in <u>Rhines</u>. Petitioner's failure to comply with one of these alternatives will result in the magistrate judge recommending that this action be dismissed.

DATED: April 2, 2009.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE