IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KHAMMAY KEOMANIVONG,

    Petitioner,                    No. CIV S-07-2409 FCD EFB P

    vs.

ROBERT HOREL,

    Respondent.                  ORDER

_____/

      Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. On November 9, 2009, petitioner requested an extension of time to file a traverse. *See* Fed. R. Civ. P. 6(b). He also requested that the court appoint counsel.

      There currently exists no absolute right to appointment of counsel in habeas proceedings. *See Nevius v. Sumner*, 105 F.3d 453, 460 (9th Cir. 1996). The court may appointment counsel at any stage of the proceedings "if the interests of justice so require." *See* 18 U.S.C. § 3006A; *see also*, Rule 8(c), Rules Governing Section 2254 Cases. The court does not find that the interests of justice would be served by the appointment of counsel at this stage of the proceedings.

////

////

////

1

1    Accordingly, it hereby is ORDERED that petitioner's November 9, 2009 request for
2 appointment of counsel is denied without prejudice.  Good cause appearing, it is further
3 ORDERED that petitioner's November 9, 2009 request for extension of time is granted and
4 petitioner has 60 days from the date this order is served to file and serve a traverse.
5 DATED:  November 16, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE